UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>DUSTIN ROYSE, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C19-1698JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THIS CASE |

Before the court are (1) *pro se* Plaintiff John Robert Demos's proposed complaint (Compl. (Dkt. # 1-1)); (2) Magistrate Judge Mary Alice Theiler's Report and Recommendation recommending the court dismiss the case (R&R (Dkt. # 2)); and (3) Mr. Demos's objections to the Report and Recommendation (Obj. (Dkt. # 3) ("Objections")). As the Report and Recommendation sets forth, Mr. Demos is "well-known locally and nationally as an abusive litigant. He is under pre-filing bar orders in a number of courts, including this Court, the Eastern District of Washington, the Washington State courts, the Ninth Circuit Court of Appeals, and the United States

Supreme Court." (*See* R&R at 1 (citation omitted).) Mr. Demos has filed more than the three IFP applications and proposed actions he is allowed during each year. (*See* R&R at 2.) Additionally, Mr. Demos has failed to show the "imminent danger of serious physical injury" required by 28 U.S.C. § 1915 to proceed IFP, because he has had more than three prior actions dismissed as frivolous, malicious, or for failure to state a claim. (*See* R&R at 2.)

Mr. Demos's Objections do nothing to remedy the above problems with his filings. (*See generally* Obj.) The Objections criticize the Report and Recommendation, but do not cure Mr. Demos's violation of his bar order in this district, and do not demonstrate that Mr. Demos is in "imminent danger of serious physical injury." (*See generally id.*)

Accordingly, the court ADOPTS the Report and Recommendation (Dkt. # 2) in full, DENIES Mr. Demos's Objections (Dkt. # 3), and DISMISSES this case without prejudice.

Dated this 13th day of December, 2019.

JAMES L. ROBART
United States District Judge